UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | |
|---|---|
| MEE MOUA LOR,<br>　　　*Plaintiff,*<br><br>*vs.*<br><br>CAROLYN W. COLVIN, *Acting Commissioner*<br>*of Social Security Administration,*<br>　　　*Defendant.* | )<br>)<br>)<br>)　　3:12-cv-00196-jems<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's concurrently issued Entry Reviewing the Commissioner's Decision, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendant, **VACATES** the Commissioner's decision denying Plaintiff's application for benefits, and **REMANDS** this matter back to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g) (sentence four).

11/07/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Clerk:

*Peter Oppeneer*

**Distribution via ECF only to all counsel of record**